# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 24, 2021

## NO. 03-21-00071-CV

**C. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the order signed by the trial court on February 22, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.